UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 28 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-mj-00131-CKD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ABIGAIL SANDOVAL BERMUDEZ, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ABIGAIL SANDOVAL BERMUDEZ, Case No. 2:13-mj-00131-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of: $___.

   ____   Co-Signed Unsecured Appearance Bond

   ____   Secured Appearance Bond

   ____   (Other).

   _X_   (Other) CASE DISMISSED.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/28/2013  at  2:10pm.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge